# EXHIBIT A

**dg3**
diversified global graphics group
Return Mail Processing
PO Box 999
Suwanee, GA 30024

June 13, 2024

## NOTICE OF DATA BREACH

Dear

The privacy and security of the personal information we maintain is of the utmost importance to DG3 North America, Inc. ("DG3"). DG3 provides print and mailing services for a number of companies, including John Hancock Investment Management ("John Hancock"). We write to notify you of an incident at DG3 that may affect the privacy of some of your personal information. John Hancock's systems were not impacted in any way. We take this incident very seriously and are providing details of the incident and the resources available to you to help protect your information from possible misuse. Please review this letter carefully.

**What Happened?** On or around March 19, 2024, DG3 discovered suspicious activity on certain DG3 network systems and determined DG3 was experiencing a cyber incident. We immediately launched an investigation and worked with forensic specialists to determine the full nature and scope of the event. Based on our investigation, we determined that certain information was accessed and/or copied from our systems between February 5th and 22nd, 2024. On or around April 26, 2024, we determined that information related to you was potentially impacted.

**What Information Was Involved?** The types of information related to you that were affected by this incident include the following: name, address, email address, account number and SSN. At this time, we are not aware of any misuse of or fraudulent activity relating to anyone's personal information as a result of this incident.

**What We Are Doing.** We take the confidentiality, privacy, and security of information seriously. Upon discovery, we secured our systems and launched an investigation with third party specialists to determine the nature and scope of the event. We also notified federal law enforcement of this incident.

As an added precaution, we are also offering you complimentary access to 24 months of credit monitoring and identity theft restoration services, through Experian. Please review the instructions in the attached *Steps You Can Take to Help Protect Your Personal Information* for additional information on these services.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements, enrolling in the provided credit monitoring, and monitoring your free credit reports for suspicious activity and to detect errors. You may also review the information contained in the attached *Steps You Can Take to Help Protect Your Personal Information*.

**For More Information.** We understand that you may have questions about this incident that are not addressed in this letter. If you have additional questions, please call us at 833-918-5697, Monday through Friday from 8 am – 8 pm CST (excluding major U.S. holidays).

Sincerely,

Steven Babat
President and CEO

ment # B124387