Kenneth J. Grunfeld, Esquire
1835 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 985-9177

## United States District Court
## In the District of New Jersey

**Daniel Cunningham**

v.

**DG3 North America, Inc., et al**

_____/

**Case No.:2:24-CV-07385-WJM-LDW**

### AFFIDAVIT OF CORPORATE SERVICE

I, **Timothy Weldon,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **John Hancock Investment Management, LLC** |
| DOCUMENTS SERVED: | **Summons & Complaint** |
| DATE & TIME OF SERVICE: | **7/22/2024  8:43 AM** |
| SERVED ADDRESS: | **251 Little Falls Drive**<br>**Wilmington, DE 19808** |

Comments: **Placed in receiving bin as instructed for service.**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.



GPS: 39.7604388888889;-75.6233055555556

Subscribed and sworn before me, a Notary Public, this 22nd day of July, 2024

Melissa Petrowski, Notary Public
Bucks County
My Commission expires on: 8/29/2027

Timothy Weldon
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
(215) 977-9393



Order #P218536