IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL CUNNINGHAM and DEBRA DE SALVO, *individually and on behalf of all others similarly situated*,<br><br>　　Plaintiffs,<br><br>v.<br><br>DG3 NORTH AMERICA, INC. d/b/a DIVERSIFIED GLOBAL GRAPHICS GROUP, JOHN HANCOCK INVESTMENT MANAGEMENT, LLC, and UBS FINANCIAL SERVICES, INC.,<br><br>　　Defendants. | Case No.: 2:24-cv-07385-WJM-LDW |

_____/

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiffs Daniel Cunningham and Debra De Salvo, individually and on behalf of all others similarly situated, and Defendants DG3 North America, Inc., John Hancock Investment Management, LLC, and UBS Financial Services, Inc., by authorized representatives and through counsel, have agreed to resolve the matter.

This matter was initially filed on June 28, 2024, and an Amended Complaint was filed on August 16, 2024. After exchanging mediation briefs and informal discovery, on January 21, 2025, the Parties attended a mediation with experienced class action mediator Morton Denlow. Following a full day of mediation, the Parties reached an agreement on the material terms of a class-wide settlement. The Parties are in the process of finalizing the details of the settlement agreement and anticipate filing the Motion for Preliminary Approval in approximately 30 days.

No trial date or other deadlines are pending. Accordingly, Plaintiff respectfully requests that the Court vacate any existing deadlines pending the filing of the Motion for Preliminary Approval of Class Action Settlement.

DATED: January 28, 2025                                   Respectfully submitted,

| | |
|---|---|
| **KOPELOWITZ OSTROW FERGUSON WEISELBURG GILBERT** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Kenneth Grunfeld* <br> Kenneth J. Grunfeld <br> Jeff Ostrow <br> 65 Overhill Road <br> Bala Cynwyd, PA 19004 <br> T: (954) 525-4100 <br> E: grunfeld@kolawyers.com <br> E: ostrow@kolawyers.com | */s/ Clair E. Wischusen* <br> Clair E. Wischusen <br> 18 Columbia Turnpike, Suite 220 <br> Florham, NJ 07932 <br> T: (973) 549-2500 <br> F: (973) 377-1911 <br> E: cwischusen@grsm.com |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** | Joseph Salvo (*pro hac vice* forthcoming) <br> John Mills (*pro hac vice* forthcoming) <br> Alexandra Mormile *(pro hac vice* forthcoming) <br> One Battery Park Plaza, 28th Floor <br> New York, NY 10004 <br> T: (212) 269-5500 <br> F: (212) 269-5505 <br> E: jsalvo@grsm.com <br> E: jtmills@grsm.com <br> E: amormile@grsm.com |
| */s/ Victoria Maniatis* <br> Victoria Maniatis <br> 100 Garden City Plaza, Suite 500 <br> Garden City, NY 11530 <br> T: (866) 252-0878 <br> F: (212) 868-1229 <br> E: vmaniatis@milberg.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant DG3* |
| **BAKER & MCKENZIE LLP** | **K&L GATES LLP** |
| */s/ David Zaslowsky* <br> David Zaslowsky <br> 452 Fifth Avenue <br> New York, NY 10019 <br> T: (212) 891-3518 <br> F: (212) 310-1718 <br> E: david.zaslowsky@bakermckenzie.com | */s/ Charles F. Rysavy* <br> Charles F. Rysavy <br> One Newark Center <br> Newark, NJ 07102 <br> T: (973) 848-4053 <br> F: (973) 848 4001 <br> E: charles.rysavy@klgates.com |
| Nancy Sims (*pro hac vice* forthcoming) <br> 10250 Constellation Blvd, Suite 1850 <br> Los Angeles, CA 90067 | Michael J. Stortz (*pro hac vice*) <br> 4 Embarcadero Center, Suite 1200 <br> San Francisco, CA 94111 |

T: (310) 616-5734
F: (310) 201-4721
E: Nancy.sims@bakermckenzie.com

*Attorneys for Defendant UBS Financial Services, Inc.*

T: (415) 882-8200
F: (415) 882-8220
E: michael.stortz@klgates.com

Wesley A. Prichard (*pro hac vice*)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
T: (412) 355-8969
Wesley.prichard@klgates.com

*Attorneys for Defendant John Hancock Investment Management LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court's CM/ECF system which will send service email to all counsel of record on this 28th day of January 2025.

**KOPELOWITZ OSTROW FERGUSON WEISELBURG GILBERT**

*/s/ Kenneth Grunfeld*
Kenneth J. Grunfeld (No. 026091999)
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100
Email: grunfeld@kolawyers.com

4915-0676-2516, v. 1