## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL CUNNINGHAM and DEBRA DE SALVO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DG3 NORTH AMERICA, INC, JOHN HANCOCK INVESTMENT MANAGEMENT, LLC, AND UBS FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-07385 |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 23, for an order:

(1) preliminarily approve the settlement and the Settlement Agreement, attached hereto as *Exhibit 1*;

(2) provisionally certify the Settlement Class for settlement purposes;

(3) approve the Notices and Notice Program, including the opt-out and objection procedures;

(4) approve the Claim Form and Claims Process;

(5) appoint Plaintiffs as Class Representatives;

(6) appoint Kenneth Grunfeld of Kopelowitz Ostrow P.A. and John Nelson of Milberg Coleman Bryson Phillips Grossman PLLC Class Counsel;

(7) appoint Epiq as the Settlement Administrator; and

(8) set the Final Approval hearing date and time. A proposed Preliminary Approval Order is attached hereto as *Exhibit 3*.

The motion is not opposed by Defendants. The motion is based on the memorandum of law in support, the Declaration of Kenneth Grunfeld in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, attached hereto as *Exhibit 2*, the Parties' Settlement Agreement and all exhibits thereto (Exhibit 1 to the joint declaration), and all pleadings and filings in this action. As set forth more fully in the memorandum of law, the requested relief is appropriate because (1) the parties' settlement is fair, adequate, and reasonable and meets all requirements for preliminary approval as articulated by the Third Circuit and Rule 23(e)(2), (2) the requirements of Rule 23(a) and (b)(3) are met and thus certification of the settlement class is warranted, and (3) the proposed notice program satisfies due process and Rule 23(e).

For the Court's convenience, a proposed order is filed herewith as *Exhibit 3*.

DATED April 18, 2025.                    Respectfully submitted,

                                         _____
                                         KENNETH J. GRUNFELD, ESQUIRE
                                         New Jersey Bar No. 026091999
                                         **KOPELOWITZ OSTROW**
                                         **FERGUSON WEISELBERG GILBERT**
                                         65 Overhill Road
                                         Bala Cynwyd, PA 19004
                                         Tel.: (954) 525-4100
                                         grunfeld@kolawyers.com

                                         John J. Nelson (*pro hac vice*)
                                         **MILBERG COLEMAN BRYSON**
                                         **PHILLIPS GROSSMAN, PLLC**
                                         402 W. Broadway, Suite 1760
                                         San Diego, CA 92101
                                         Telephone: (858) 209-6941
                                         *jnelson@milberg.com*

                                         *Plaintiffs' Interim Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF System which will send copies to all counsel of record on April 18, 2025.

*By: Kenneth Grunfeld*
Kenneth Grunfeld
