UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Newark                                                    Date: 10/14/2025

**JUDGE WILLIAM J. MARTINI**
Deputy Clerk: Keith R. Guthrie
Court Reporter: Francesca DiBella

**TITLE OF CASE:**                         **2:24-cv-7385-WJM-LDW**
CUNNINGHAM
         v.
DG3 NORTH AMERICA, INC. et al

**APPEARANCES**
Kenneth J. Grunfeld for plaintiff Daniel Cunningham & Debra De Salvo
Thomas Robert Fanizzi, Jr. for DG3 North America, Inc.
Reymond Yammine for defendant John Hancock Investment Management, LLC
Sarah L. Frey for UBS Financial Services, Inc.

**MINUTES**
Final approval hearing held
Settlement approved
Order to be filed

Time Commenced: 10:10 a.m.
Time Adjourned: 10:20 a.m.
Total Time: 10 minutes